## OHIO SUPREME COURT—Continued

### WEEKLY REPORT OF SUPREME COURT PROCEEDINGS

#### TUESDAY, DECEMBER 16, 1924

### NEW DECISIONS REPORTED

#### CASES ON GENERAL DOCKET

Akron v. P. U. Comm. .................. 18745
Brush-McCoy Pot. Co. v. Russell ...... 18324
Clark v. Alexander ................... 18393
Dayton v. P. U. Comm. ............... 18741
Duvall v. State .................... 18468
Gibbs v. Scioto Val. Ry. ............. 18495
Hyatt Rol. Bear. Co. v. Bloch ........ 18428
McBride v. Murphy .................. 18381
Oglesbee v. Miller .................. 18363
Penna. Rd. Co. v. Lindahl ...... 18563—18571
Rubber Cy. Clear House v. Bates ...... 18752
State v. Barger .................... 18502
State ex v. Nolte ................... 18551

#### CASES ON MOTION DOCKET

Hass v. For. Cy. Invt. Co. ............ 18805
Hoagland v. Hoagland .............. 18829
Kane v. State ..................... 18808
Kendall v. State .................. 18824
Ohio Power Co. v. Arch Soc. .......... 18513
Order Un. Trav. v. Gibbs ............ 18828
Peterson v. Rooney ................. 18823
Walcott v. Wilhelm ................. 18810
Hogan v. P. U. Comm. ............... 18853

### GENERAL DOCKET ANNOTATED CASES

18324—The Brush-McCoy Pottery Co. v. Russell R. Burnsworth; error to the Court of Appeals of Muskingum county. Settled and dismissed by consent of parties. Dock. 1-21-24, 2 Abs. 83; Mo. Cer. Sus. 2 Abs. 373.

18363—George D. Oglesbee v. W. L. Miller, Extr.; error to the Court of Appeals of Greene county. Judgment modified and affirmed. Marshall, C. J., Robinson, Jones and Matthias, JJ., concur. Dock. 2-5-24, 2 Abs. 131; Mo. Cer. Sus. 2 Abs. 373.

18381—W. C. McBride, Inc., v. Charles W. Murphy et al.; error to the Court of Appeals of Monroe county. Judgment modified and affirmed. Marshall, C. J., Robinson, Jones, Matthias, Day, Allen and Conn, JJ., concur. Dock. 2-12-24, 2 Abs. 131; Mo. Cer. Sus. 2 Abs. 227.

18393—L. B. Clark v. Alexander Baranowski; error to the Court of Appeals of Cuyahoga county. Judgment affirmed. Marshall, C. J., Robinson, Jones, Matthias, Day, Allen and Conn, JJ., concur. Dock. 2-18-24, 2 Abs. 147; Mo. Cer. Sus. 2 Abs. 373.

18428—Hyatt Roller Bearing Co. v. Abe Bloch et al.; error to the Court of Appeals of Cuyahoga county. Judgment affirmed on the ground that the record does not disclose the error complained of. Marshall, C. J., Robinson. Jones, Matthias, Day, Allen and Conn, JJ., concur. Dock. 3-7-24, 2 Abs. 194; OS. 2 Abs. 261.

18468—Samuel R. Duvall v. State of Ohio; error to the Court of Appeals of Lucas county. Judgment affirmed. Marshall, C. J., Robinson, Jones, Matthias, Day, Allen and Conn, JJ., concur. Dock. 4-2-24, 2 Abs. 226.

18495—Ambrose Gibbs v. Scioto Valley Railway and Power Co.; error to the Court of Appeals of Fairfield county. Judgment of the Court of Appeals reversed and that of common pleas court affirmed. Marshall, C. J., Robinson, Jones, Matthias, Day, Allen and Conn, JJ., concur. Dock. 4-3-24, 2 Abs. 258; Mo. Cer. Sus. 2 Abs. 422.

18502—State of Ohio v. B. B. Barger et al.; error to the Court of Appeals of Logan county. Judgment affirmed. Marshall, C. J., Robinson, Matthias, Day, Allen and Conn, JJ., concur. Jones, J., took no part in the consideration or decision of the case. Dock. 4-4-24, 2 Abs.; Mo. Cer. Sus. 2 Abs. 422.

18551—State, ex rel. Charles F. Nead, a taxpayer, v. Louis H. Nolte, Mayor; error to the Court of Appeals of Hamilton county. Judgment affirmed. Marshall, C. J., Robinson. Matthias, Day and Allen, JJ., concur. Conn, J., dissents. Dock. 5-2-24, 2 Abs. 339; Mo. Cer. Sus. 2 Abs. 453.

18563—Pennsylvania R. R. Co. et al. v. George H. Lindahl, Exr.; error to the Court of Appeals of Hamilton county. Judgment affirmed. Marshall, C. J., Robinson, Jones, Matthias, Day, Allen and Conn, JJ., concur. Dock. 5-8-24, 2 Abs. 338; Mo. Cer. Ov, 2 Abs. 388; Mo. Sus. 405.

18571—Pennsylvania R. R. Co. v. George H. Lindahl; error to the Court of Appeals of Hamilton county. Judgment affirmed. Marshall, C. J., Robinson, Jones, Matthias, Day, Allen and Conn, JJ., concur. Dock. 5-12-24, 2 Abs. 339; Mo. Cer. Ov. 2 Abs. 388; Mo. Sus. 405.

18741—City of Dayton v. Public Utilities Commission; error to the Public Utilities Commission. Dismissed. Robinson, Jones, Matthias, Day, Allen and Conn, JJ., concur. Dock. 8-13-24, 2 Abs. 483.

18752—Rubber City Clearing House Co. v. George B. Bates, Trustee; error to the Court of Appeals of Summit county. Settled and dismissed at costs of plaintiff in error. Dock. 8-11-24, 2 Abs. 498.

### MOTION DOCKET ANNOTATED CASES

18513—The Ohio Power Co. v. The Ohio State Archaeological and Historical Society. Motion for an order directing the Court of Appeals of Sandusky county to certify its record. (On rehearing.) Overruled. Dock. 4-14-24, 2 Abs. 274.

18805—Rosa Haas v. Forest City Investment Co. Motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. Settled and dismissed. Dock. 10-29-24, 2 Abs. 690, OA. 2 Abs. 55.

18808—Joseph Clarence Kane v. The State of Ohio. Motion for leave to file petition in error to the Court of Appeals of Mahoning county. Overruled. Dock. 10-31-24, 2 Abs. 690.

18810—John M. Walcott v. Gustave Wilhelm. Motion for an order directing the Court of Appeals of Fairfield county to certify its record. Overruled. Dock. 11-4-24, 2 Abs. 690.

18823—Carl Peterson et al v. John Rooney et al. Motion for an order directing the Court of Appeals of Mahoning county to certify its record. Overruled. Dock. 11-17-24, 2 Abs. 722.

18824—Norman G. Kendall v. State of Ohio. Motion for an order directing the Court of